AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Shawn Wright | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No. 2:09-cv-2714-JMC-RSC |
| Warden of Lee Correctional Intitution | ) | |
| *Respondent* | ) | |

**SUMMARY JUDGMENT**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Robert S. Carr is affirmed and the and Respondent's Motion for Summary Judgment is granted. The Petition is dismissed with prejudice. The Petitioner shall take nothing on his Petition filed pursuant to Title 28 U.S.C. § 2254.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge.

Date: September 21, 2010

*CLERK OF COURT* Larry W. Propes

*Signature of Clerk or Deputy Clerk*